

E. DANYA PERRY
Founding Partner
212-840-7939 PHONE
dperry@danyaperrylaw.com EMAIL

May 18, 2026

**By ECF**
Magistrate Judge Honorable Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United States v. Dhairya Jaymin Patel, Case No. 26 MAG 1506 (SN)**

Dear Judge Netburn,

I write to respectfully request the Court's permission to withdraw as counsel of record in this matter. I was appointed by this Court as CJA counsel on May 14, 2026, and I represented Mr. Patel for his initial presentment, at which time he was ordered detained upon consent and without prejudice. Shortly thereafter, Mr. Patel retained Mr. Spodek as counsel, who has filed a notice of appearance in this case. I have informed the Government of my intent to withdraw in this matter.

Thank you for your consideration.

Respectfully submitted,

/s/ E. Danya Perry
E. Danya Perry

The request is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated:    May 18, 2026
          New York, New York